COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-285-CV

 

IN RE JASON LOBAN                                                              RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator Jason Loban and real party in interest the
Grapevine City Attorney=s joint petition for writ of
mandamus and is of the opinion that relief should be denied.  Accordingly, the parties= joint
petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL B: 
WALKER, J.; CAYCE, C.J.; and DAUPHINOT, J.

 

DELIVERED: 
August 22, 2007











    [1]See
Tex. R. App. P. 47.4.